**Fill in this information to identify the case:**

Debtor name: **Fairfield Williamsburg Property Owners Association, Inc.**

United States Bankruptcy Court for the **EASTERN** Division, District of **VIRGINIA**

Case number (If known): **25-51179**

☐ **Check if this is an amended filing**

# Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

| | | |
| --- | --- | --- |
| 1a. | **Real property:** Copy line 88 from Schedule A/B | $ 0.00 |
| 1b. | **Total personal property:** Copy line 91A from Schedule A/B | $ 16,665,297.40 |
| 1c. | **Total of all property:** Copy line 92 from Schedule A/B | $ 16,665,297.40 |

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property:** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D — $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims:** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F — $ 260,422.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F — + $ 159,667.91

4. **Total liabilities:**
   Lines 2 + 3a + 3b — $ 420,089.91

**Fill in this information to identify the case:**

Debtor name: Fairfield Williamsburg Property Owners Association, Inc.

United States Bankruptcy Court for the **EASTERN** Division, District of **VIRGINIA**

Case number (If known): 25-51179

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 3.1. | Towne Bank | Operating Account | 1156 | $ | 614,153.92 |
| | | | | | *Bank Balance as of 12/01/2025* |
| 3.2. | Comerica Bank | Operating Lockbox Account | 7876 | $ | 18,890.27 |
| | | | | | *Bank Balance as of 12/01/2025* |
| 3.3. | Towne Bank | Merchant Account | 5793 | $ | 0.00 |
| | | | | | *Bank Balance as of 12/01/2025* |
| 3.4. | Ameriprise Financial/Comerica | Investment Account | 38133 | $ | 1,360,710.88 |
| | | | | | *Bank Balance as of 12/01/2025* |
| 3.5. | Bank of America | Checking Account (New) | 5436 | $ | 1,588.89 |
| | | | | | *Bank Balance as of 12/01/2025* |

| 3.6. | Ameriprise Financial/Comerica Investment Account | 2813? | $ | 14,531,610.70 |

*Bank Balance as of 12/01/2025*

**4.  Other cash equivalents (Identify all)**

**5.  Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 16,526,954.66

---

| **Part 2:** | **Deposits and prepayments** |

**6.  Does the debtor have any deposits or prepayments?**

☐  No. Go to Part 3.

☑  Yes. Fill in the information below.

**Current value of debtor's interest**

**7.  Deposits, including security deposits and utility deposits**

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| 8.1. | Prepaid Insurance | $ | 21,248.00 |
| 8.2. | Prepaid Miscellaneous Expenses | $ | 10,916.00 |
| 8.3. | Prepaid Federal/State Taxes | $ | 16,041.00 |

**9.  Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 48,205.00

---

| **Part 3:** | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐  No. Go to Part 4.

☑  Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| 11 a. 90 days old or less: | $ 37,968.22 | - | $ 2,729.04 | = → | $ 35,239.18 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11 b. Over 90 days old: | $ 917,736.52 | - | $ 862,837.96 | = → | $ 54,898.56 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 90,137.74

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No.

☐ Yes.

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** Crops-either planted or harvested

**29.** Farm animals Examples: Livestock, poultry, farm-raised fish

**30.** Farm machinery and equipment (Other than titled motor vehicles)

**31.** Farm and fishing supplies, chemicals, and feed

**32.** Other farming and fishing-related property not already listed in Part 6

**33.** Total of Part 6.

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

**34.** Is the debtor a member of an agricultural cooperative?

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

**35.** Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

**36.** Is a depreciation schedule available for any of the property listed in Part 6?

☐ No.

☐ Yes.

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☑ No. Go to Part 8. *No such assets owned by debtor*

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** Office furniture

**40.** Office fixtures

**41.** Office equipment, including all computer equipment and communication systems equipment and software

42. Collectibles Examples: Antiques and figurines; paintings, prists, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. Total of Part 7.

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. Is a depreciation schedule available for any of the property listed in Part 7?

☐ No.

☐ Yes.

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?

☐ No.

☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, mode, and identification numbers (i.e VIN, HIN) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

51. Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. Is a depreciation schedule available for any of the property listed in Part 8?

☐ No.

☐ Yes.

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☐ No.

☐ Yes.

| Part 9: | Real property |
|---------|---------------|

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.1. | 3.86% of the interval ownership of 41 buildings (containing 196 Time-Share Units) and their concomitant common areas located at 220 House of Burgess Way, Williamsburg, VA 23185 | Tenants in Common | $ | Undetermined | N/A | $ | Undetermined |
| 55.2. | 81 square foot area at the resort pool house located at 220 House of Burgesses Way, Williamsburg, VA 23185 | Owned | $ | Undetermined | N/A | $ | Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.

☐ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| 63.1. | Owners List | $ | Undetermined | N/A | $ | Undetermined |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No.

☐ Yes.

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No.

☐ Yes.

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No.

☐ Yes.

---

| Part 11: | All other assets |
|---|---|

70. Does the debtor own any other assets that have not yet been reported on this form?

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

71. Notes receivable

72. Tax refunds and unused net operating losses (NOLs)

73. Interests in insurance policies or annuities

73.1.   See Attached Exhibit AB 73 _____   $ _____ Undetermined

74. Causes of action against third parties (whether or not a lawsuit has been filed)

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed Examples: Season tickets, country club membership

77.1.   Proportional share of miscellaneous furnishings and appliances in 196
occupancy units _____   $ _____ Undetermined

78. Total of Part 11.

Add lines 71 through 77. Copy the total to line 90.                                   | $ 0.00 |

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?

☑ No.

☐ Yes.

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80 . Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $ 16,526,954.66 | |
| 81 . Deposits and prepayments. Copy line 9, Part 2. | $ 48,205.00 | |
| 82 . Accounts receivable. Copy line 12, Part 3. | $ 90,137.74 | |
| 83 . Investments. Copy line 17, Part 4. | $ 0.00 | |
| 84 . Inventory. Copy line 23, Part 5. | $ 0.00 | |
| 85 . Farming and fishing-related assets.Copy line 33, Part 6. | $ 0.00 | |
| 86 . Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $ 0.00 | |
| 87 . Machinery, equipment, and vehicles. Copy line 51, Part 8. | $ 0.00 | |
| 88 . Real property. Copy line 56, Part 9. | | $ 0.00 |
| 89 . Intangibles and intellectual property.Copy line 66, Part 10. | $ 0.00 | |
| 90 . All other assets. Copy line 78, Part 11. | $ 0.00 | |

91 . Total. Add lines 80 through 90 for each column.

91a. $ 16,665,297.40   +   91b. $ 0.00

92 . Total of all property on Schedule A/B. Lines 91a + 91b = 92        16,665,297.40

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 11, QUESTION 73

## INTERESTS IN INSURANCE POLICIES OR ANNUITIES

**The Fairfield Williamsburg Property Owners Association, Inc.**
**Case No. 25-51179**
**Schedule AB 73. Interests in Insurance Policies or Annuities**

| Insurer | Coverage | Policy # | Policy Term* | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Nautilus Insurance Co. | Excess Umbrella Liaibility | AN1334984 | 1/1/2025 - 1/1/2026 | Undetermined |
| Philadelphia Indemnity Insurance Co. Cincinnati Insurance Co. | Automobile Liability | PHPK2636491-004 | 1/1/2025 - 1/1/2026 | Undetermined |
| Philadelphia Indemnity Insurance Co. Cincinnati Insurance Co. | Commercial General Liability | PHPK2636491-004 | 1/1/2025 - 1/1/2026 | Undetermined |
| Philadelphia Indemnity Insurance Co. Cincinnati Insurance Co. | Directors & Officers | EMO0419154 | 12/31/2024 - 1/1/2025 | Undetermined |
| Philadelphia Indemnity Insurance Co. Cincinnati Insurance Co. | Property | PHPK2636491-001 | 1/1/2025 - 1/1/2026 | Undetermined |
| Philadelphia Indemnity Insurance Co. Cincinnati Insurance Co. | Umbrella | PHUB893757-004 | 1/1/2025 - 1/1/2026 | Undetermined |

*Policy End Dates May Include Extensions*

Fill in this information to identify the case:

Debtor name: **Fairfield Williamsburg Property Owners Association, Inc.**

United States Bankruptcy Court for the **EASTERN** Division, District of **VIRGINIA**

Case number (If known): **25-51179**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

Debtor    _____    Name

**Part 2:**     List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Fill in this information to identify the case:

Debtor name: **Fairfield Williamsburg Property Owners Association, Inc.**

United States Bankruptcy Court for the **EASTERN** Division, District of **VIRGINIA**

Case number (If known): **25-51179**

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C.§ 507).**
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Dept of Treasury
c/o IRS Center
Ogden, UT 84201-0012
**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Federal Income Taxes

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Tax
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total Claim: $41,708.00    Priority Amount: Undetermined

---

**2.2** Priority creditor's name and mailing address
Virginia Dept of Taxation
P.O. Box 1500
Richmond, VA 23218-1500
**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

State Income Taxes

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Tax
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total Claim: $218,707.00    Priority Amount: Undetermined

---

**2.3** Priority creditor's name and mailing address
Virginia Dept of Taxation
P.O. Box 26627
Richmond, VA 23261-6627
**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Sales & Use Tax

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Tax
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total Claim: $7.00    Priority Amount: Undetermined

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 1 of 7 |
|---|---|---|

Debtor   [name redacted] Owner Association, Inc
Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Allied Universal<br>161 Washington St, Ste 600<br>Conshohocken, PA 19428 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,290.76 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Various | **Basis of claim:**<br>Security | |
| | **Last 4 digits of account number**   K G | **Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>AT&T<br>208 S Akard St<br>Dallas, TX 75202 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis of claim:**<br>Utility - Phone | |
| | **Last 4 digits of account number**   9 1 9 5 | **Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>CB Construction<br>1821 Walden Office Sq, Ste 300<br>Schaumburg, IL 60173 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis of claim:**<br>Vendor | |
| | **Last 4 digits of account number**   __ __ __ __ | **Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>CB Recovery Group, Inc<br>1821 Walden Office Sq, Ste 300<br>Schaumburg, Il 60173 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis of claim:**<br>Vendor | |
| | **Last 4 digits of account number**   __ __ __ __ | **Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>City of Williamsburg<br>401 Lafayette St<br>Williamsburg, VA 23185 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis of claim:**<br>Utility - Water | |
| | **Last 4 digits of account number**   i o u s | **Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Clearwater<br>802 Bluecrab Rd, Ste 100<br>Newport News, VA 23606-4228 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis of claim:**<br>Pool Maintenance | |
| | **Last 4 digits of account number**   __ __ __ __ | **Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | |

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 2 of 7 |
|---|---|---|

Part 2: | Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.7** Nonpriority creditor's name and mailing address
Coastal Aquatics
2304 Apple Tree Crescent
VA Beach, VA 23456

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Pond Management
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$275.00

---

**3.8** Nonpriority creditor's name and mailing address
Dominon Power
P.O. Box 26543
Richmond, VA 23290

**Date or dates debt was incurred** Various

**Last 4 digits of account number** i o u s

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Utility - Electricty
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$20,238.07

---

**3.9** Nonpriority creditor's name and mailing address
Fitch
2481 Box Elder Rd
Suffolk, VA 23437

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Water Heater Maintenance
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$8,750.00

---

**3.10** Nonpriority creditor's name and mailing address
HD Supply
P.O. Box 509058
San Diego, CA 92150-9058

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1 1 4 6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis of claim:**
Repair Supplies/Guest Amenities
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Undetermined

---

**3.11** Nonpriority creditor's name and mailing address
HRSD
1434 Air Rail Ave
Virginia Beach, VA 23455

**Date or dates debt was incurred** _____

**Last 4 digits of account number** i o u s

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Utility - Water/Sewage
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$7,883.10

---

**3.12** Nonpriority creditor's name and mailing address
James River Ground Management
8009-A Hankins Industrial Park Dr
Toano, VA 23168

**Date or dates debt was incurred** __ __ __ __

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Landscaping
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$7,277.19

---

**3.13** Nonpriority creditor's name and mailing address
MasterCorp
3505 N Maint St
P.O. Box 4027
Crossville, TN 38557

**Date or dates debt was incurred** Various

**Last 4 digits of account number** i o u s

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Housekeeping/Laundry
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$73,818.19

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 3 of 7

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.14** Nonpriority creditor's name and mailing address
Nalco
P.O. Box 70716
Chicago, IL 60673

**Date or dates debt was incurred**

**Last 4 digits of account number**     2 3 4 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Water Treatment
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,199.16

---

**3.15** Nonpriority creditor's name and mailing address
Orkin
4205 Virginia Beach Blvd
VA Beach, VA 23452

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     9 0 7 3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Pest Control
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,598.00

---

**3.16** Nonpriority creditor's name and mailing address
Resort Services Group
4427 W Kennedy Blvd, Ste 260
Tampa, FL 33609

**Date or dates debt was incurred**

**Last 4 digits of account number**     V A P P

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Utility - Cable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$9,978.50

---

**3.17** Nonpriority creditor's name and mailing address
Safety Net Access
P.O. Box 920448
Needham, MA 02492

**Date or dates debt was incurred**

**Last 4 digits of account number**     6 9 2 5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Monitoring Service
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,568.00

---

**3.18** Nonpriority creditor's name and mailing address
Stemmle
P.O. Box 35680
Richmond, VA 23605

**Date or dates debt was incurred**     11/06/2025

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Maintenance/Facilities
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$301.00

---

**3.19** Nonpriority creditor's name and mailing address
Stericycle
28883 Network Pl
Chicago, IL 60673

**Date or dates debt was incurred**

**Last 4 digits of account number**     5 7 4 6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Shred-It Services
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$53.81

---

**3.20** Nonpriority creditor's name and mailing address
T-Mobile
12920 SE 38th St
Bellevue, WA 98006

**Date or dates debt was incurred**

**Last 4 digits of account number**     1 3 4 3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis of claim:
Utility - Phone
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Undetermined

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

---

**3.21** **Nonpriority creditor's name and mailing address**
UniFirst
3499 Ruder Trl S
Earth City, MO 63045

**Date or dates debt was incurred**

**Last 4 digits of account number**     1 1 8 4

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
First-Aid

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.22** **Nonpriority creditor's name and mailing address**
VA Natural Gas
P.O. Box 4569 - Loc 6250
Atlanta, GA 30302-4569

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     i o u s

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Utility - Gas

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,113.39

---

**3.23** **Nonpriority creditor's name and mailing address**
Verizon - Master Acct - Unit Phones
1 Verizon Way
Basking Ridge, NJ 07920

**Date or dates debt was incurred**

**Last 4 digits of account number**     1 - 1 5

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
Utility - Phone

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.24** **Nonpriority creditor's name and mailing address**
Verizon - Tech Phones
1 Verizon Way
Basking Ridge, NJ 07920

**Date or dates debt was incurred**

**Last 4 digits of account number**     0 0 0 1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Utility - Phone

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.25** **Nonpriority creditor's name and mailing address**
Waste Connections
2224 Springfield Ave
Norfolk, VA 23523

**Date or dates debt was incurred**

**Last 4 digits of account number**     6 3 3 3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Recycling

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$239.74

---

**3.26** **Nonpriority creditor's name and mailing address**
Waste Management
P.O. Box 740023
Atlanta, GA 30374

**Date or dates debt was incurred**

**Last 4 digits of account number**     W N D __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
Trash Pick-Up

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.27** **Nonpriority creditor's name and mailing address**
York County
P.O. Box 532
Yorktown, VA 23690-0532

**Date or dates debt was incurred**

**Last 4 digits of account number**     6 9 6 9

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Utility - Water/Sewage

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10,584.00

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 5 of 7

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.2 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.3 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.4 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.5 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.6 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.7 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.8 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.9 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.10 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.11 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.12 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.13 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.14 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.15 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.16 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.17 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.18 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |
| 4.19 | Line ____ <br> ☐ Not listed. Explain | __ __ __ __ __ |

Debtor     Build + Design + Own Construction, Inc.
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|--|--|--|------------------------|
| 5.a **Total claims from Part 1.** | 5a | | $260,422.00 |
| 5.b **Total claims from Part 2.** | 5b | + | $159,667.91 |
| 5.c **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c | 5c | + | $420,089.91 |

Fill in this information to identify the case:

Debtor name: **Fairfield Williamsburg Property Owners Association, Inc.**

United States Bankruptcy Court for the **EASTERN** Division, District of **VIRGINIA**

Case number (If known): **25-51179**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | A/C Masters | A/C Masters<br>1201 15th St NW, Ste 400<br>Washington, DC 20005 |
| | State the term remaining | 10/01/2021-09/30/2022 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Security Services Agreement / Endorsement Policy #RAD943781804 | Allied Universal Security Svcs<br>161 Washington St, Ste 600<br>Conshohocken, PA 19428 |
| | State the term remaining | 03/28/2014 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Aspen National Collections, Inc. | Aspen National Collections, Inc<br>P.O. Box 10689<br>Brooksville, FL 34603 |
| | State the term remaining | 09/20/2010; Renewed through 09/20/2026 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | ATT OneNetSM Service Summary Account Report | AT&T<br>AT&T Customer Care Ctr<br>555 E Cook St, 5th Fl<br>Springfield, IL 62703 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Multiple Change Orders, Agreements and SOW's, Executory Contract, 03/18/2025 00:00:00 | CB Recovery Group, Inc<br>1821 Walden Office Sq, Ste 300<br>Schaumburg, IL 60173 |
| | State the term remaining | Various | |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Roofing repair | Chase Roofing LLC<br>4504 John Tyler Hwy<br>Williamsburg, VA 23185 |
| | State the term remaining | 11/07/2017 | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | | Clearwater<br>3413 Turnberry Ln<br>Lakeland, FL 33808 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Preventative Maintenance and Inspection Agreement | Coastal Aquatics, LLC<br>2304 Apple Tree Crescent<br>Virginia Beach, VA 23456 |
| | State the term remaining | 01/01/2022; Renewed through 01/01/2026 | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Cox Business Commercial Services Agreement | Cox Communications Hampton Roads, LLC<br>dba Cox Business<br>Cox Virginia Telcom, LLC<br>1341 Crossways Blvd<br>Chesapeake, VA 23320 |
| | State the term remaining | 01/18/2022; Renewed through 01/18/2026 | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | CRM Technologies Inc System Service Agreement | CRM Technologies, Inc<br>P.O. Box 26543<br>Richmond, VA 23290-0001 |
| | State the term remaining | 09/13/2009; Renewed through 09/13/2026 | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Treatment Guarantee Certificate | E & R Exterminating Company, Inc<br>15234 Warwick Blvd<br>Newport News, VA 23608 |
| | State the term remaining | 04/04/2016-12/31/2017 | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Property Level Pool & Spa Agreement | Ecolab, Inc<br>26252 Network Pl<br>Chicago, IL 60673-1262 |
| | State the term remaining | 10/17/2022; Renewed through 10/17/2026 | |
| | List the contract number of any government contract | | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Management Agreement Between Fairfield Williamsburg Property Owners Association, Inc. and Fairfield Communities, Inc. | Fairfield Communities, Inc<br>501 W Church St<br>Orlando, FL 32805 |
| | State the term remaining | 11/03/1998; Renewed through 11/03/2029 | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement | Fairfield Resorts, Inc<br>Attn: VP of Sales<br>121 Cameron Cir<br>Williamsburg, VA 23188 |
| | State the term remaining | 03/01/2005; Renewed through 03/01/2030 | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Management Agreement | Fairfield Resorts, Inc<br>Property Management<br>725 Bypass Rd<br>Williamsburg, VA 23187 |
| | State the term remaining | 01/26/2006-12/31/2012 | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Family Traditions, LLC<br>Attn: Maggie Holden, Owner<br>220 House of Burgesses Way<br>Williamsburg, VA 23185 |
| | State the term remaining | 12/16/2022; Renewed through 12/16/2026 | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Preventative Maintenance and Inspection Agreement | Fitch Specialities, LLC<br>Attn: Timothy C Fitch, President<br>2481 Box Elder Rd<br>Suffolk, VA 23437 |
| | State the term remaining | 01/01/2021; Renewed through 01/01/2026 | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | Property Level Agreement Form | GSG Averigo, LLC<br>16722 Parkside Ave<br>Cerritos, CA 90703 |
| | State the term remaining | 05/21/2025; Renewed through 05/21/2026 | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | Berry and Company of Virginia LLC t/a Harper and Company, Inc. | Harper & Company, Inc<br>545 Edwards Ct<br>Newport News, VA 23608 |
| | State the term remaining | 12/31/2021-12/30/2022 | |
| | List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | Landscape Service Agreement | James River Grounds Management, LLC<br>8009-A Hankins Industrial Park Dr<br>Toano, VA 23168 |
| | State the term remaining | 01/01/2025; Renewed through 01/01/2026 | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | MasterCorp, Inc Laundry Services Agreement | MasterCorp, Inc<br>Legal Affairs<br>P.O. Box 4027<br>Crossville, TN 38555 |
| | State the term remaining | 02/01/2025; Renewed through 02/01/2027 | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | Mastercorp, Inc Property Level Housekeeping Agreement | MasterCorp, Inc<br>P.O. Box 4027<br>Crossville, TN 38555 |
| | State the term remaining | 03/01/2019; Renewed through 03/01/2027 | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | MTech Hotsos | MTech Hotsos<br>75 New Hampshire Ave<br>Portsmouth, NH 03801 |
| | State the term remaining | 02/28/2011-02/27/2014 | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | Orkin Pest Control Commercial Services Agreement | Orkin, LLC<br>dba Orkin Pest Control<br>4205 Virigina Beach Blvd<br>Virginia Beach, VA 23452 |
| | State the term remaining | 11/01/2018; Renewed through 01/01/2026 | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | Philadelphia Insurance / Cincinnati Insurance | Philadelphia Insurance Companies<br>1 Bala Plaza, Ste 100<br>Bala Cynwyd, PA 19004 |
| | State the term remaining | 12/15/2001-12/14/2002 | |
| | List the contract number of any government contract | | |

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                Page 3 of 5

Debtor _____  Case number (if known) _____
Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | Services Schedule Term Sheet | Ruds, Inc dba Mtech<br>Attn: President<br>9941 W Jessamine St<br>Miami, FL 33157 |
| | State the term remaining | 02/18/2011-02/17/2014 | |
| | List the contract number of any government contract | | |
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | Safety NetAccess, Inc. Customer Support Agreement | Safety NetAccess, Inc<br>Attn: Sean T Gorman, CEO<br>383 Dorchester Ave, Ste 230<br>Boston, MA 02127 |
| | State the term remaining | 09/17/2025; Renewed through 09/17/2026 | |
| | List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Front End / Rear Load / Automated | TFC Recycling<br>1958 Diamond Hill Rd<br>Chesapeake, VA 23324 |
| | State the term remaining | 01/25/2018; Renewed through 01/25/2026 | |
| | List the contract number of any government contract | | |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | Towne Insurance COIs | Towne Insurance Agency, LLC<br>5235 Monticello Ave<br>Williamsburg, VA 23188 |
| | State the term remaining | 01/01/2019-12/31/2019 | |
| | List the contract number of any government contract | | |
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | Security Agreement | Universal Protection Service, LP<br>1551 N Tustin Ave<br>Santa Ana, CA 92705 |
| | State the term remaining | 03/28/2014-03/27/2015 | |
| | List the contract number of any government contract | | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | VSC Fire and Security (fire extinguishers) | VSC Fire & Security, Inc<br>3308 Runabout Ct<br>Plano, TX 75023 |
| | State the term remaining | 03/01/2022-02/28/2023 | |
| | List the contract number of any government contract | | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | Property Level Agreement | Waste Management National Svcs<br>Attn: Paul J Foody, VP<br>415 Day Hill Rd<br>Windsor, CT 06095 |
| | State the term remaining | 02/03/2022; Renewed through 02/03/2028 | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Non-Hazardous Waste Service Summary | Waste Management of Virginia, Inc<br>625 Cherrington Pkwy<br>Moon Township, PA 15108-4314 |
| | State the term remaining | 02/02/2022; Renewed through 02/02/2028 | |
| | List the contract number of any government contract | | |
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Management Agreement | Wyndham Vacation Management, Inc<br>501 W Church St<br>Orlando, FL 32805 |
| | State the term remaining | 10/01/2024-9/31/2029 | |
| | List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 4 of 5 |
|---|---|---|

Debtor      Gold Key Resorts at Ocean Beach Club, Inc.
            Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.35** **State what the contract or lease is for and the nature of the debtor's interest**   First Amendment to Inventory Foreclosure Agreement | Wyndham Vacation Resorts, Inc 501 W Church St Orlando, FL 32805 |
| **State the term remaining**   03/04/2015 | |
| **List the contract number of any government contract** | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 5 of 5 |
|---|---|---|

Fill in this information to identify the case:

Debtor name: **Fairfield Williamsburg Property Owners Association, Inc.**

United States Bankruptcy Court for the **EASTERN** Division, District of **VIRGINIA**

Case number (If known): **25-51179**

☐ **Check if this is an amended filing**

## Official Form 206H

# Schedule H: Codebtors                                                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1. Does the debtor have any executory contracts or unexpired leases?** | |
| ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form. | |
| ☐ Yes. | |

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

Debtor name: <u>Fairfield Williamsburg Property Owners Association, Inc.</u>

United States Bankruptcy Court for the <u>EASTERN</u> Division, District of <u>VIRGINIA</u>

Case number (If known): <u>25-51179</u>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property*    (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*   (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*  (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*   (Official Form 206 G)

☑ *Schedule H: Codebtors*         (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*   (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on: | Tuesday, December 23rd, 2025 | Signature /s/ Daniel MacLaughlin |
| | MM / DD / YYYY | |

Signed by:

*Daniel MacLaughlin*
24740C272DE0419...

| | |
|---|---|
| Printed Name | Daniel MacLaughlin |
| Title | President |